# PORTALE | RANDAZZO

**MEMO ENDORSED**

James A. Randazzo, Esq.
jrandazzo@portalerandazzo.com
Direct Dial: 914-359-2410

April 6, 2020

<u>VIA ECF</u>

Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10606

Hon. Lisa Margaret Smith
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

In light of the parties notifying the Court that the action has settled, the in-person Status Conf. before Judge Román scheduled for April 24, 2020 is hereby cancelled.  Clerk of the Court requested to terminate the motion (doc. 36).

Dated: April 6, 2020   SO ORDERED.

Nelson S. Román, U.S.D.J.

Re:   Anthony Franze v. Town of Rye, et al
      19 Civ. 01143 (NSR) (LMS)

Dear Judge Román and Judge Smith:

Please be advised that the above matter has been settled.  We are requesting 45 days to finalize the settlement paperwork and to issue payment.  In addition, we are requesting that the telephone conference scheduled with Judge Smith for April 13 at 10:15 a.m. and the in-person conference scheduled with Judge Román for April 24 at 12:00 p.m. be cancelled.  Thank you for your courtesies.

Respectfully,

James A. Randazzo

JAR/cp
cc:   Counsel of Record (Via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/2020

245 MAIN STREET SUITE 340 WHITE PLAINS, NY 10601
WWW.PORTALERANDAZZO.COM
MAIN: 914-359-2400 | FAX: 914-801-5447