# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  April 9, 2020
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## CANCELLATION NOTICE

The status conference scheduled for Monday, April 13, 2020, 10:15 AM, before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of <u>Franze v. Town of Rye, et al.</u>, 19-cv-1143 (NSR) (LMS), has been *cancelled*.

SO ORDERED: *[signature]*
Hon. Lisa Margaret Smith
U.S.M.J.